**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-cv-62299-MIDDLEBROOKS

QUANTUM SWISS, LLC,

Plaintiff,

v.

PAM BONDI, et al.,

Defendants.

_________________________/

**ORDER CLOSING CASE**

THIS CAUSE is before the Court upon the Parties' Joint Stipulation of Voluntary Dismissal (DE 11), filed July 6, 2026. Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no order of the Court is required to dismiss this action.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1) The case is **CLOSED.**

2) All pending motions are **DENIED AS MOOT**.

3) Each Party shall bear its own attorney's fees and costs.

**SIGNED** in Chambers at West Palm Beach, Florida, this 7th day of July, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record